IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALFRED LEE MAULDIN                                                                                    PLAINTIFF
REG. #14877-075

v.                                            NO. 2:11CV00179 JLH

T.C. OUTLAW                                                                                               DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee and failure to prosecute.

2.  All pending motions are DENIED AS MOOT.

3.  The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of December, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE