**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALFRED LEE MAULDIN                                                              PLAINTIFF
REG. #14877-075

v.                                        NO. 2:11CV00179 JLH

T.C. OUTLAW                                                                     DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal

taken from the order and judgment dismissing this action is considered frivolous and not in good

faith.

DATED this 1st day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE