**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | |
|---|---|
| **ALFRED LEE MAULDIN** <br> **REG. #14877-075** | **PLAINTIFF** |
| v. | NO. 2:11CV00179 JLH |
| **T.C. OUTLAW** | **DEFENDANT** |

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of December, 2011.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE